# LAW OFFICES OF
# DANIEL A. McGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888) 679-0585 · EMAIL: DAN@LEGALMCG.COM

March 18, 2020

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 201
New York, NY 10007

    Re: *United States v. Carlos Rivera*, 19 Cr. 761(JPO)

Dear Judge Oetken:

    I have been assigned pursuant to the Criminal Justice Act to represent Carlos Rivera in the above-captioned matter. I write to the Court to respectfully request permission to submit interim vouchers. As the Court is aware, this case involves voluminous discovery and is expected to continue for a significant period of time. For these reasons, I respectfully request permission to submit interim vouchers in this matter.

    I thank the Court for its consideration of this matter.

Sincerely,

Daniel A. McGuinness
260 Madison Ave., 17th Fl.
New York, NY 10016
(212) 679-1990

Granted.
So ordered.
 March 19, 2020

_____
J. PAUL OETKEN
United States District Judge